**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric D. Lozano** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Stephanie Y. Lozano** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bluegreen Corp**<br><br>Description of property securing debt: **Timeshare** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Real Time Resolutions**<br><br>Description of property securing debt: **1309 11th Street SE Rio Rancho, NM 87124 Sandoval County Debtor is a co-signer on the loan with his parents** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]:<br><br>**Continue to pay** | ☐ No<br><br>■ Yes |
| Creditor's name: **Sandia Laboratory Federal Credit Union** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a | ☐ No<br><br>■ Yes |

| | |
|---|---|
| Debtor 1 Eric D. Lozano | |
| Debtor 2 Stephanie Y. Lozano | Case number (if known) |

| | | |
|---|---|---|
| Description of property securing debt: | 2007 Hummer H3 150000 miles | *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>**Continue to pay** |

| | | | |
|---|---|---|---|
| Creditor's name: | Wells Fargo Home Mortgage | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☒ Retain the property and [explain]:<br>**Continue to pay** | ☐ No<br><br>☒ Yes |
| Description of property securing debt: | 435 Desert Catus Dr. SW<br>Albuquerque, NM 87121<br>Bernalillo County<br>Debtor's rent property for $1200.00 a month | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X *(signed)* Eric D. Lozano
Signature of Debtor 1

X *(signed)* Stephanie Y. Lozano
Signature of Debtor 2

| | | |
|---|---|---|
| Official Form 108 | Statement of Intention for Individuals Filing Under Chapter 7 | page 2 |

| Debtor 1 | Eric D. Lozano | | | |
|---|---|---|---|---|
| Debtor 2 | Stephanie Y. Lozano | | Case number (if known) | |

Date  11/20/17          Date  11/20/17